U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 0 9 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| CLARENCE SAMUELS | CIVIL ACTION NO. 04-1326-P |
| VERSUS | JUDGE STAGG |
| RICHARD L. STALDER, ET AL. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 9th day of March, 2007.

TOM STAGG
UNITED STATES DISTRICT JUDGE